AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Charles Cleveau POINDEXTER,<br>also know as, Chase POINDEXTER<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 1:20MJ 319 |

FILED NOV 23 2020 Clerk U.S. District Court Greensboro NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Charles Cleveau POINDEXTER; also know as Chase POINDEXTER                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1) 21 U.S.C. § 846, conspiracy to distribute quantities of a mixture and substance containing a detectable amount of cocaine hydrochloride;
2) 21 U.S.C. § 843(b), use of a communication facility to facilitate the distribution of a controlled substance;
3) 21 U.S.C § 860(a), distribution of a controlled substance within 1000 feet of a public or private college or university.

Date: 10/30/2020

_Issuing officer's signature_

City and state: Winston-Salem, North Carolina

Joi Elizabeth Peake, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 10/30/20 , and the person was arrested on _(date)_ 11/06/20
at _(city and state)_ GREENSBORO, NC

Date: 11/06/20

RECEIVED NOV 06 2020 U.S. Marshals Service, M/NC

_Arresting officer's signature_

DAVID CLAASSEN
_Printed name and title_